**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SARAH LAZOR, GRACE JOHNSON, MAGDALENE MLYNEK, LAURA BRADDICK, EMILY JONES, BAILEY HARRIS, MOLLY O'NEILL, TERESA NOBLES, EMMA PINCKNEY, JOSEPHINE LUBY, GAYANE GAVORKYAN, and JORDAN NANAI | ) ) ) ) ) ) ) | Civil Action<br><br>Case No. 3:21cv583 (SRU) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| UNIVERSITY OF CONNECTICUT, | ) ) | |
| Defendant. | ) | May 18, 2021 |

SUPPLEMENTAL PLAINTIFFS' WITNESS AND EXHIBIT LIST FOR TRO HEARING

**I.      Exhibit List**

Plaintiffs are expect to introduce the following exhibit:

| | |
|---|---|
| 2h | *Exhibit M attached to Dr. Lopiano's report (p. 82)* |

Defendant objects to all exhibits from Dr. Lopiano's report.

| No. | Description of Exhibit |
|---|---|
| 1 | September 5, 2019 email from Neal Eskin |
| 2a | Table 1 from Dr. Lopiano's report (p. 52) dated April 26, 2021 |
| 2b | Table 2 from Dr. Lopiano's report (p. 53) |
| 2c | Table 7 from Dr. Lopiano's report (p. 82) |
| 2d | Table 9 from Dr. Lopiano's report (p. 95) |
| 2e | Exhibit A to Dr. Lopiano's report (CV: pp. 109-124 of report) |
| 2f | Exhibit J attached to Dr. Lopiano's report (p. 271) |

| 2g | Exhibit L attached to Dr. Lopiano's report (p. 273) |
| 2h | Exhibit M attached to Dr. Lopiano's report (p. 82) |

Plaintiffs reserve the right to introduce any and all of Defendant's exhibits and any and all exhibits deemed to be necessary in rebuttal or impeachment of any testimony or other evidence offered by other parties to this action.

Respectfully submitted:

By: _____ /s/  Felice M. Duffy _____
Felice M. Duffy
Duffy Law, LLC
129 Church Street,
Suite 310
New Haven, CT 06510
Tel.: (203)946-2000
Email: felice@duffylawct.com
Federal Bar No.:  ct21379


James C. Larew
Claire M. Diallo
504 E. Bloomington St.
Iowa City, Iowa 52245
Tel: 319.337.7079
Email: James.Larew@LarewLawOffice.com
Email: Claire.Diallo@LarewLawOffice.com

ATTORNEYS FOR PLAINTIFFS


## CERTIFICATION

I hereby certify that a copy of the foregoing motion was emailed to Defendant and was filed electronically and served by mail on anyone unable to accept electronic filing.


Dated:  May 19, 2021


_____ /s/  Felice M. Duffy _____
Felice M. Duffy ct21379