**EXHIBIT B**

**UCONN ATHLETICS PARTICIPATION ANALYSIS (Title IX – Prong One) DISCONTINUATION MODEL**

| 2020-2021 | FEMALE | MALE |
|---|---|---|
| **Total: Undergraduate Students** | 9386 | 8683 |
| **Percentage (%): Undergraduate Students** | 51.95% | 48.05% |
| **Total: Student-Athletes** | 331 | 327 |
| **Percentage (%): Student-Athletes** | 50.3% | 49.7% |
| **Participation Gap** | 22.5 | |
| **Average # Participants/Women's Team** | 28 | |
| **Is the participation gap to achieve strict proportionality less than the average women's team size?** | YES | |
| **NCAA Sports Sponsorship** | **Team Roster Size** | |
| Men's Basketball | | 15 |
| Men's Soccer | | 24 |
| Baseball | | 41 |
| M Ice Hockey | | 28 |
| Football | | 98 |
| M. Track Outdoor | | 56 |
| M. Track Indoor | | 56 |
| Men's Golf | | 9 |
| Women's Basketball | 12 | |
| Women's Soccer | 31 | |
| Softball | 21 | |
| Volleyball | 15 | |
| W Lacrosse | 38 | |
| W Ice Hockey | 24 | |
| W Field Hockey | 27 | |
| W. Track Outdoor | 54 | |
| W. Track Indoor | 53 | |
| Women's Cross Country | 17 | |
| W. Swimming & Diving | 30 | |
| Women's Tennis | 9 | |
| **Total** | **331** | **327** |