Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK Kathleen Simon (D.Barry)   RPTR/ECRO/TAPE Sharon Masse
TOTAL TIME: 6 hours 18 minutes
DATE: 05/20/21   START TIME: 9:00 a.m.   END TIME: 5:46 p.m.
LUNCH RECESS   FROM: see notes   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:21-cv-00583-SRU

Sarah Lazor et al.                                F. Duffy, P. Thomas, C. Diallo
                                                  Plaintiff's Counsel
            vs
University of Connecticut                         R. Miller McGovern, S. Rutchick
                                                  Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing   TRO   [ ] Show Cause Hearing
[ ] Evidentiary Hearing    [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] .....#2  Motion for Temporary Restraining Order   [ ] granted  [ ] denied  [✓] advisement
[ ] .....#   Motion                                   [ ] granted  [ ] denied  [ ] advisement
[ ] .....#   Motion                                   [ ] granted  [ ] denied  [ ] advisement
[ ] .....#   Motion                                   [ ] granted  [ ] denied  [ ] advisement
[ ] .....#   Motion                                   [ ] granted  [ ] denied  [ ] advisement
[ ] .....#   Motion                                   [ ] granted  [ ] denied  [ ] advisement
[ ] .....#   Motion                                   [ ] granted  [ ] denied  [ ] advisement
[ ] .....     Oral Motion                             [ ] granted  [ ] denied  [ ] advisement
[ ] .....     Oral Motion                             [ ] granted  [ ] denied  [ ] advisement
[ ] .....     Oral Motion                             [ ] granted  [ ] denied  [ ] advisement
[ ] .....     Oral Motion                             [ ] granted  [ ] denied  [ ] advisement
[ ] .....    [ ] Briefs(s) due ____  [ ] Proposed Findings due ____  Response due ____
[ ] ..........  _____   [ ] filed  [ ] docketed
[ ] ..........  _____   [ ] filed  [ ] docketed
[ ] ..........  _____   [ ] filed  [ ] docketed
[ ] ..........  _____   [ ] filed  [ ] docketed
[ ] ..........  _____   [ ] filed  [ ] docketed
[ ] ..........  _____   [ ] filed  [ ] docketed
[ ] ..........  _____ Hearing continued until _____ at _____

Notes: Time: 9:00 - 9:56, 10:46 - 1:18, 2:30 - 2:55, 3:05 - 4:29. 4:45 - 5:46