## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAH LAZOR, GRACE JOHNSON, MAGDALENE MLYNEK, LAURA BRADDICK, EMILY JONES, BAILEY HARRIS, MOLLY O'NEILL, TERESA NOBLES, EMMA PINCKLNEY, JOSEPHING LUBY, GAYANE GAVORKYAN, AND JORDAN NANAI<br>   *Plaintiffs* | : : : : : : : : : : | CIVIL ACTION NO. 3:21-CV-00583-SRU |
| v. | : : | |
| UNIVERSITY OF CONNECTICUT<br>   *Defendants* | : : | MAY 25, 2021 |

### **DEFENDANT'S SUPPLEMENTAL FILING**

Pursuant to the Court's instructions at the May 20, 2021 TRO hearing for additional data, UConn submits the supplemental affidavit of Ann Fiorvanti, UConn Associate Director of Athletics for Compliance. Attached to Ms. Fiorvanti's affidavit is Exhibit C, entitled "UConn Athletic Participation Analysis (Title IX—Prong One): 2019-20."

                                  DEFENDANT
                                  UNIVERSITY OF CONNECTICUT

                                  WILLIAM TONG
                                  ATTORNEY GENERAL

BY:   /s/ Rosemary M. McGovern
        Rosemary M. McGovern
        Assistant Attorney General
        Federal Bar No. ct19594
        165 Capitol Avenue
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5210
        Fax: (860) 808-5385
        rosemary.mcgovern@ct.gov

BY: /s/ Shawn L. Rutchick
Shawn L. Rutchick
Assistant Attorney General
Federal Bar No. ct24866
Shawn.Rutchick@ct.gov
165 Capitol Avenue
Hartford, CT  06106
Tel: (860) 808-5210
Fax: (860) 808-5385

## **CERTIFICATION**

I hereby certify that on May 25, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/ Rosemary M. McGovern
Rosemary M. McGovern
Assistant Attorney General