# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAH LAZOR, GRACE JOHNSON, MAGDALENE MLYNEK, LAURA BRADDICK, EMILY JONES, BAILEY HARRIS, MOLLY O'NEILL, TERESA NOBLES, EMMA PINCKNEY, JOSEPHINE LUBY, GAYANE GEVORKYAN, and JORDAN NANAI | ) ) ) ) ) ) ) ) ) | Civil Action<br><br>Case No. 3:21cv583 (SRU) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNIVERSITY OF CONNECTICUT, | ) ) | |
| Defendant. | ) | December 29, 2021 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this matter is dismissed with prejudice, on the basis of the parties' Settlement Agreement dated December 29, 2021. The Parties agree that, except as otherwise set out in their Settlement Agreement dated December 29, 2021, all costs and fees shall be taxed to the party incurring same.

/s/Felice M. Duffy
Felice M. Duffy
Duffy Law, LLC
129 Church Street, Suite 310
New Haven, CT 06510
Tel.: (203) 946-2000
Email: felice@duffylawct.com
Federal Bar No.: ct21379

James C. Larew
Claire M. Diallo

504 E. Bloomington St.
Iowa City, Iowa 52245
Tel: 319.337.7079
Email: James.Larew@LarewLawOffice.com
Email: Claire.Diallo@LarewLawOffice.com

*Attorneys for Plaintiff*


/s/Rosemary M. McGovern____
Rosemary M. McGovern
Assistant Attorney General
Federal Bar No. ct19594
165 Capitol Avenue
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
rosemary.mcgovern@ct.gov

*Attorney for Defendant*


**CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on the 29th day of December 2021.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/Felice M. Duffy
Felice M. Duffy

2